# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 9, 2021

## NO. 03-21-00240-CV

**L. L., Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on April 24, 2021. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.